Johnny Sinodis (California Bar #290402)
Oona Cahill (California Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
Arege FARRA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arege FARRA,<br><br>　　　Petitioner-Plaintiff,<br><br>　　　v.<br><br>Ernesto SANTACRUZ JR., Acting Field Office Director of Los Angeles Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Jennifer HERRERA; Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi NOEM, Secretary, U.S. Department of Homeland Security; and Pam BONDI, Attorney General of the United States;<br><br>　　　Respondents-Defendants. | Case No.: 8:25-cv-02687-PA<br><br>**ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE

1    Having reviewed the Parties' joint stipulation and upon good cause showing IT IS
2    HEREBY ORDERED that Respondents' opposition to Petitioner's motion for a temporary
3    restraining order is due on December 8, 2025, at 12:00 p.m., Petitioner's reply is due on
4    December 11, 2025, at 12:00 p.m.

Dated: December 4, 2025

                                             Percy Anderson
                                   United States District Judge