```
 1  Johnny Sinodis (California Bar #290402)
 2  Oona Cahill (California Bar #354525)
    Van Der Hout LLP
 3  360 Post St., Suite 800
 4  San Francisco, CA 94108
    Telephone: (415) 981-3000
 5  Facsimile: (415) 981-3003
 6  ndca@vblaw.com
 7
    Attorneys for Petitioner-Plaintiffs
 8  Arege FARRA, Besan FARRA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arege FARRA,[1]<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>Ernesto SANTACRUZ JR., et al;<br><br>    Respondents-Defendants. | Case No. 8:25-cv-02687-PA<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |
| Besan FARRA,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>Ernesto SANTACRUZ JR., et al;<br><br>    Respondents-Defendants. | Case No. 8:25-cv-02689-PA<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

---

[1] The Court related the above-captioned cases on December 5, 2025.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Parties' joint stipulation and upon good cause showing IT IS HEREBY ORDERED that Respondents' opposition to Petitioners' motion for a preliminary injunction is due on February 2, 2026, Petitioner's reply is due on March 2, 2026. The Court will hold a hearing on Petitioners' motion on March 23, 2026, at 1:30 p.m. The TRO issued by the Court on December 16, 2025 will remain in place until the date of the hearing.

Dated: December 17, 2025

_____
Percy Anderson
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE