Johnny Sinodis (California Bar #290402)
Oona Cahill (California Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiffs
Arege FARRA, Besan FARRA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Arege FARRA,[1]

     Petitioner-Plaintiffs,

     v.

Ernesto SANTACRUZ JR., et al;

     Respondents-Defendants.

Case No. 8:25-cv-02687-PA-PD

**ORDER CONVERTING PRELIMINARY INJUNCTION INTO FINAL JUDGMENT ON THE MERITS**

Besan FARRA,

     Petitioner-Plaintiffs,

     v.

Ernesto SANTACRUZ JR., et al;

     Respondents-Defendants.

Case No. 8:25-cv-02689-PA-PD

**ORDER CONVERTING PRELIMINARY INJUNCTION INTO FINAL JUDGMENT ON THE MERITS**

---

[1] The Court related the above-captioned cases on December 5, 2025.

[PROPOSED] ORDER CONVERTING PRELIMINARY INJUNCTION INTO FINAL
JUDGMENT

Having reviewed the Parties' joint stipulation and upon good cause showing IT IS HEREBY ORDERED that Petitioners' Preliminary Injunction, Case No. 8:25-cv-02687, Dkt. 17; Case No. 8:25-cv-02689, Dkt. 18, be converted into a Final Judgment on the merits, and that the Petitioners' Habeas Petitions be granted. The Court will discharge the order to show cause, Dkt. 21, and the hearing on July 9, 2026, is hereby vacated.

Dated: July 10, 2026

_____

Percy Anderson
United States District Judge

[PROPOSED] ORDER CONVERTING PRELIMINARY INJUNCTION INTO FINAL JUDGMENT