JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREGE FARRA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>Respondents. | Case No. 8:25-cv-02687-PA-PD<br><br><br>**JUDGMENT** |
| BESAN FARRA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>Respondents. | Case No. 8:25-cv-02689-PA-PD<br><br><br>**JUDGMENT** |

Pursuant to the Order Converting Preliminary Injunction into Final Judgment on the Merits, it is adjudicated that the Petition is GRANTED for the same reasons and on the same terms provided in the Court's order granting the Preliminary Injunction.  Case No. 8:25-cv-02687-PA-PD, Dkt. No. 17; Case No. 8:25-cv-02689-PA-PD, Dkt. No. 18.

DATED:  July 10, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1